IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEREMY KENNEDY**                                                                    **PLAINTIFF**
**ADC #093061**

**VS.**                           **4:18-cv-00695 BRW-PSH**

**RICKY SHOURD,** *et al.*                                                   **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Plaintiff's request for injunctive relief is denied as moot. Because Kennedy is no longer incarcerated at the White County Detention Center, the defendants cannot provide him with the injunctive relief he seeks

IT IS SO ORDERED, this 20th day of December, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE