IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEREMY KENNEDY**     **PLAINTIFF**
**ADC #093061**

VS.     NO: 4:18-CV-00695 BRW-PSH

**RICKY SHOURD,** *et al.*     **DEFENDANTS**

## JUDGMENT

Based on the order filed today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of December, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE